# Earnings Statement 

| CO. | FILE | DEPT. | CLOCK | VCHR NO. |
|---|---|---|---|---|
| MVA | 114945 | 129900 | 1477 | 0000483684 |

12379-0051

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

Period Beginning: 11/08/2020
Period Ending: 11/14/2020
Pay Date: 11/20/2020

LISA K PARKS
5621 GRAMMERCY DRIVE
ATLANTA GA 30349

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 36.18 | 542.70 | 7,461.15 |
| Shift Pay | 2.5000 | 36.18 | 90.45 | 1,456.93 |
| Overtime | | | | 679.50 |
| Bereavement | | | | 900.00 |
| Holiday Pay | | | | 90.00 |
| Personal Time | | | | 290.25 |
| Shft Pay @O/T | | | | 113.26 |
| **Gross Pay** | | | **$633.15** | 10,991.09 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 36.18 | |
| Vacation | 14.90 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 206-266-1000

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**
Taxable Marital Status:
GA: Single
Exemptions/Allowances:
GA: 0

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -24.23 | 506.85 |
| Social Security Tax | -37.51 | 655.26 |
| Medicare Tax | -8.77 | 153.24 |
| GA State Income Tax | -18.73 | 349.45 |
| **Other** | | |
| Amzndspp | -100.00 | 950.00 |
| Pre-Tax Dental | -1.85* | 27.71 |
| Pre-Tax Medical | -22.85* | 342.71 |
| Pre-Tax Vision | -3.46* | 51.90 |
| 401K | -132.96* | 2,210.38 |
| **Net Pay** | **$282.79** | |
| Checking Dep. | -282.79 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $472.03

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

Advice number: 00000483684
Pay date: 11/20/2020

Deposited to the account of
LISA K PARKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx7727 | xxxx xxxx | $282.79 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | | |
|---|---|---|---|---|---|---|
| MY4 | 114945 | 129900 | 1477 | 00000454399 | | |

13228-0051

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

# Earnings Statement 

Period Beginning: 10/18/2020
Period Ending: 10/24/2020
Pay Date: 10/30/2020

LISA K PARKS
5621 GRAMMERCY DRIVE
ATLANTA GA 30349

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bereavement | 15.0000 | 48.00 | 720.00 | 720.00 |
| Shift Pay | 2.5000 | 48.00 | 120.00 | 1,163.42 |
| Regular | | | | 5,881.20 |
| Overtime | | | | 679.50 |
| Holiday Pay | | | | 90.00 |
| Personal Time | | | | 289.20 |
| Shft Pay @O/T | | | | 113.26 |
| **Gross Pay** | | | **$840.00** | 8,936.58 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -44.85 | 418.45 |
| Social Security Tax | | -50.33 | 533.12 |
| Medicare Tax | | -11.77 | 124.68 |
| GA State Income Tax | | -28.61 | 285.72 |
| **Other** | | | |
| Amzndspp | | -100.00 | 650.00 |
| Pre-Tax Dental | | -1.85* | 22.16 |
| Pre-Tax Medical | | -22.85* | 274.16 |
| Pre-Tax Vision | | -3.46* | 41.52 |
| 401K | | 168.00* | 1,787.33 |
| **Net Pay** | | **$408.28** | |
| Checking Dep. | | -408.28 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Personal | | 0.07 |
| Vacation | | 13.15 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 206-266-1000

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 0

* Excluded from federal taxable wages
  Your federal taxable wages this period are $643.84

© 2000 ADP, LLC

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

Advice number: 00000454399
Pay date: 10/30/2020

THIS IS NOT A CHECK

Deposited to the account of
LISA K PARKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx7727 | xxxx xxxx | $408.28 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| MY4 | 114945 | 129900 | 1477 | 0000464162 | |
| | | | | 12982-0051 | |

AMAZON.COM SERVICES LLC.
PO BOX 60726 SEATTLE, WA 98108

**Earnings Statement** — ADP

Period Beginning: 10/25/2020
Period Ending: 10/31/2020
Pay Date: 11/06/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

LISA K PARKS
5621 GRAMMERCY DRIVE
ATLANTA GA 30349

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 35.92 | 538.80 | 6,420.00 |
| Bereavement | 15.0000 | 12.00 | 180.00 | 900.00 |
| Personal Time | 15.0000 | .07 | 1.05 | 290.25 |
| Shift Pay | 2.5001 | 47.99 | 119.98 | 1,283.40 |
| Overtime | | | | 679.50 |
| Holiday Pay | | | | 90.00 |
| Shft Pay @O/T | | | | 113.26 |
| **Gross Pay** | | | **$839.83** | 9,776.41 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 35.92 | |
| Vacation | | 13.73 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 206-266-1000

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**
GA: Single
Exemptions/Allowances:
GA: 0

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -44.83 | 463.28 |
| | Social Security Tax | -50.93 | 545.44 |
| | Medicare Tax | -11.77 | 136.45 |
| | GA State Income Tax | -18.81 | 214.73 |
| Other | | | |
| | Amzndspp | -100.00 | 750.00 |
| | Pre-Tax Dental | -1.85* | 24.01 |
| | Pre-Tax Medical | -22.85* | 297.01 |
| | Pre-Tax Vision | -3.46* | 44.98 |
| | 401K | -167.97* | 1,955.30 |
| **Net Pay** | | **$408.17** | |
| | Checking Dep. | -408.17 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $643.70

AMAZON.COM SERVICES LLC.
PO BOX 60726 SEATTLE, WA 98108

Advice number: 00000464162
Pay date: 11/06/2020

Deposited to the account of
LISA K PARKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx7727 | xxxx xxxx | $408.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR |
|---|---|---|---|---|
| MY4 | 114945 | 129900 | 1477 | 00004... |

12523-0051

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

# Earnings Statement

![ADP logo]

Period Beginning: 11/01/2020
Period Ending: 11/07/2020
Pay Date: 11/13/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

LISA K PARKS
5621 GRAMMERCY DRIVE
ATLANTA GA 30349

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 33.23 | 498.45 | 6,918.45 |
| Shift Pay | 2.5002 | 33.23 | 83.08 | 1,366.48 |
| Overtime | | | | 679.50 |
| Bereavement | | | | 900.00 |
| Holiday Pay | | | | 90.00 |
| Personal Time | | | | 290.25 |
| Shft Pay @O/T | | | | 113.26 |
| **Gross Pay** | | | **$581.53** | 10,357.94 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 33.23 | |
| Vacation | | 14.32 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 206-266-1000

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**
Taxable Marital Status:
   GA:   Single
Exemptions/Allowances:
   GA:   0

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -19.34 | 482.62 |
| | Social Security Tax | -34.31 | 617.75 |
| | Medicare Tax | -8.02 | 144.47 |
| | GA State Income Tax | -16.39 | 330.72 |
| | **Other** | | |
| | Amzndspp | -100.00 | 850.00 |
| | Pre-Tax Dental | -1.85* | 25.86 |
| | Pre-Tax Medical | -22.85* | 319.86 |
| | Pre-Tax Vision | -3.46* | 48.44 |
| | 401K | -122.12* | 2,077.42 |
| | Checking Dep. | -253.19 | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $431.25

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

Advice number: 00000400040
Pay date: 11/13/2020

**THIS IS NOT A CHECK**

Deposited to the account of
LISA K PARKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx7727 | XXXX XXXX | $253.19 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. | | |
|---|---|---|---|---|---|---|
| MY4 | 114945 | 129900 | 1477 | 00000483684 | 1 | |
| | | | | 12379-0051 | | |

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

# Earnings Statement 

Period Beginning: 11/08/2020
Period Ending: 11/14/2020
Pay Date: 11/20/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

LISA K PARKS
5621 GRAMMERCY DRIVE
ATLANTA GA 20340

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 36.18 | 542.70 | 7,461.15 |
| Shift Pay | 2.5000 | 36.18 | 90.45 | 1,456.93 |
| Overtime | | | | 879.50 |
| Bereavement | | | | 900.00 |
| Holiday Pay | | | | 90.00 |
| Personal Time | | | | 290.25 |
| Shft Pay @O/T | | | | 113.26 |
| **Gross Pay** | | | **$633.15** | 10,991.09 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 36.18 | |
| Vacation | | 14.90 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 206-266-1000

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**
Taxable Marital Status:
GA: Single
Exemptions/Allowances:
GA: 0

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -24.23 | 506.85 |
| Social Security Tax | -37.51 | 655.26 |
| Medicare Tax | -8.77 | 153.24 |
| GA State Income Tax | -18.73 | 349.45 |
| **Other** | | |
| Amzndspp | -100.00 | 950.00 |
| Pre-Tax Dental | -1.85* | 27.71 |
| Pre-Tax Medical | -22.85* | 342.71 |
| Pre-Tax Vision | -3.46* | 51.90 |
| 401K | -132.96* | 2,210.38 |
| **Net Pay** | **$282.79** | |
| Checking Dep. | -282.79 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $472.03

---

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

Advice number: 00000483684
Pay date: 11/20/2020

Deposited to the account of
LISA K PARKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx7727 | xxxx xxxx | $282.79 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| MY4 | 114945 | 129900 | 1477 | 00000500502 | |
| | | | | 12200-0051 | |

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

# Earnings Statement

**ADP**

Period Beginning: 11/15/2020
Period Ending: 11/21/2020
Pay Date: 11/27/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

LISA K PARKS
5621 GRAMMERCY DRIVE
ATLANTA GA 30349

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 8,061.15 |
| Overtime | 22.5000 | 1.32 | 29.70 | 709.20 |
| Shft Pay @O/T | 3.7500 | 1.32 | 4.95 | 118.21 |
| Shift Pay | 2.5000 | 40.00 | 100.00 | 1,556.93 |
| Bereavement | | | | 900.00 |
| Holiday Pay | | | | 90.00 |
| Personal Time | | | | 290.25 |
| **Gross Pay** | | | **$734.65** | 11,725.74 |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 41.32 | |
| Vacation | | 15.48 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 206-266-1000

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA: Single
Exemptions/Allowances:
 GA: 0

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -33.85 | 540.70 |
| Social Security Tax | -43.80 | 699.06 |
| Medicare Tax | -10.25 | 163.49 |
| GA State Income Tax | -23.34 | 372.79 |
| **Other** | | |
| Amzndspp | -50.00 | 1,000.00 |
| Pre-Tax Dental | -1.85* | 29.56 |
| Pre-Tax Medical | -22.85* | 365.56 |
| Pre-Tax Vision | -3.46* | 55.36 |
| 401K | -154.28* | 2,364.66 |
| **Net Pay** | **$390.97** | |
| Checking Dep. | -390.97 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $552.21

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

Advice number: 00000500502
Pay date: 11/27/2020

**THIS IS NOT A CHECK**

Deposited to the account of
LISA K PARKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx7727 | xxxx xxxx | $390.97 |

**NON-NEGOTIABLE**

**Earnings Statement** — ADP

| CO. | FILE | DEPT | CLOCK | VCHR NO. |
|---|---|---|---|---|
| 1V4 | 114945 | 129900 | 1477 | 0000503348 |

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

Period Beginning: 11/22/2020
Period Ending: 11/28/2020
Pay Date: 12/04/2020

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

LISA K PARKS
5621 GRAMMERCY DRIVE
ATLANTA GA 30349

\* Excluded from federal taxable wages
Your federal taxable wages this period are $711.27

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 32.92 | 493.80 | 8,554.95 |
| Overtime | 22.5000 | 2.63 | 59.18 | 768.38 |
| Holiday O/T | 22.5000 | 7.08 | 159.30 | 159.30 |
| Holiday Pay | 15.0000 | 6.00 | 90.00 | 180.00 |
| Shft Hol @O/T | 3.7500 | 7.08 | 26.55 | 26.55 |
| Shft Pay @O/T | 3.7490 | 2.63 | 9.86 | 128.07 |
| Shift Pay | 2.5000 | 38.92 | 97.30 | 1,654.23 |
| Bereavement | | | | 900.00 |
| Personal Time | | | | 290.25 |
| **Gross Pay** | | | **$935.99** | 12,661.73 |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 42.63 | |
| Vacation | | 16.07 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 206-266-1000

BASIS OF PAY: HOURLY

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

### Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -52.94 | 593.64 |
| Social Security Tax | -56.29 | 755.95 |
| Medicare Tax | -13.16 | 176.65 |
| GA State Income Tax | -32.49 | 405.28 |

| Other | | |
|---|---|---|
| Amzndspp | -50.00 | 1,050.00 |
| Pre-Tax Dental | -1.85\* | 31.41 |
| Pre-Tax Medical | -22.85\* | 388.41 |
| Pre-Tax Vision | -3.46\* | 58.82 |
| 401K | -196.56\* | 2,561.22 |

**Net Pay** $506.39
Checking Dep. -506.39
**Net Check** $0.00

### Additional Tax Withholding Information

Taxable Marital Status:
GA: Single
Exemptions/Allowances:
GA: 0

© 2000 ADP, LLC

---

AMAZON.COM SERVICES LLC.
PO BOX 80726 SEATTLE, WA 98108

Advice number: 00000503348
Pay date: 12/04/2020

Deposited to the account of
LISA K PARKS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx7727 | xxxx xxxx | $506.39 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**